UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARACELI ARIAS, VIVIANA ARIAS, NICHOLAS ARIAS, MARICELA ARIAS,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA DEBT RECOVERY LLC d/b/a GENESIS CREDIT MANAGEMENT LLC,<br><br>Defendant. | CASE NO. 2:20-cv-01602-RAJ-BAT<br><br>~~PROPOSED~~ ORDER DENYING MOTION TO DISMISS AND TO STRIKE |

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant Columbia Debt Recovery, LLC dba Genesis Credit Management LLC's Motion to Dismiss (Dkt. 11) is **denied**.

3. This case is reassigned to Judge Tsuchida for further proceedings.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 12th day of March, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER DENYING MOTION TO
DISMISS AND TO STRIKE - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

PROPOSED ORDER DENYING MOTION TO
DISMISS AND TO STRIKE - 2