UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARACELI ARIAS, VIVIANA ARIAS, NICHOLAS ARIAS, MARICELA ARIAS,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA DEBT RECOVERY LLC d/b/a GENESIS CREDIT MANAGEMENT LLC,<br><br>Defendant. | CASE NO. 2:20-cv-01602-RAJ-BAT<br><br>**ORDER DIRECTING PARTIES TO SUBMIT JOINT PROPOSAL FOR TRIAL DATE** |

All pretrial deadlines scheduled by the Court in its Order dated December 2, 2020 have now passed. Dkt. 9. No party has filed a dispositive motion (which was to be filed by September 13, 2021) or advised the Court of the results of their mediation (which was to be held no later than September 3, 2021). Accordingly, it is **ORDERED**:

1. The parties shall submit a joint proposal for a trial date by **September 21, 2021**.

2. The Clerk shall re-refer this matter to the Honorable Richard A. Jones.

DATED this 14th day of September, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge